# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 5/12/2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:16-CR-100-1BO |
| Tiffany Marie Lopez ) | |
| ) | |
| _____ ) | |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 05/12/2016

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

A. Patrick Roberts, Kevin Matthew Marcilliat
*Printed name of defendant's attorney*

_____
*Judge's signature*

Terrence W. Boyle, US District Judge
*Judge's printed name and title*